FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY DANIEL WILLETT,<br><br>                Plaintiff,<br><br>    v.<br><br>SPINIVAS MASCAL, M.D.,<br><br>                Defendant. | No. 4:17-CV-05198-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      Before the Court is Magistrate Judge Rodgers's January 8, 2018 Report and Recommendation, ECF No. 6, recommending that this case be closed. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Rodgers's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

      Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    The Report and Recommendation, **ECF No. 6**, is **ADOPTED** in its entirety.

    **2.**    The Clerk's office is directed to **CLOSE** this case.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 1st day of February 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2